IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
NOV 0 2 2017
JAMES W. McCORMACK, CLERK
By: _____
DEP CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 4:17CR00313 JLH |
| | ) | |
| JOSE IGNACIO MEDINA-RIOS, | ) | 21 U.S.C. § 846 |
|    *a/k/a Medina*; | ) | 21 U.S.C. § 841(a)(1) |
| JESUS IGNACIO MEDINA-LEYVA; | ) | 18 U.S.C. § 924(c)(1)(A) |
| ALAN JIMENEZ-TORRES, | ) | 18 U.S.C. § 922(g)(1) |
|    *a/k/a Alan Jimenez-Heradio*; | ) | 18 U.S.C. § 1956(h) |
| ORLIN YAMID MENDEZ-MATUTE, | ) | 18 U.S.C. § 1956(a)(1)(B)(i) |
|    *a/k/a Jhovanny Mendez*, | ) | 21 U.S.C. § 853 |
|    *a/k/a Jay*; | ) | 18 U.S.C. § 924(d) |
| JESUS ALBERTO GARCIA-QUIROZ, | ) | 18 U.S.C. § 982(a)(1) |
|    *a/k/a Pelon, a/k/a Pollo*; | ) | 18 U.S.C. § 3013 |
| JESUS IGNACIO LOPEZ, | ) | 18 U.S.C. § 3571 |
|    *a/k/a Jesus Arellano Lopez*, | ) | 18 U.S.C. § 3583 |
|    *a/k/a Jesus L. Lopez*, | ) | |
|    *a/k/a Nacho*; | ) | |
| JAVIER DE ALBA DE ALBA; | ) | |
| JUAN HUMBERTO LUNA, *a/k/a Juanillo*; | ) | |
| RICARDO RIVERA; | ) | |
| MARK CHRISTOPHER GILLESPIE; | ) | |
| JUSTIN MICHAEL TARINELLI; | ) | |
| MORGAN STEPHEN POOLE, *a/k/a Steve*; | ) | |
| TAMARA MULLIGAN; | ) | |
| TINA MARIE BASS; | ) | |
| CLAUDIA BISHOP; | ) | |
| JUAN MANUEL SANCHEZ-RICARDO; | ) | |
| ESAU NAVARRETE-MENESES; | ) | |
| ARMANDO JESUS JUVERA, JR., | ) | |
|    *a/k/a ARMANDO JUVERA-CARDENAS*; | ) | |
| RONALD A. RAMM; | ) | |
| LELAND B. MASTERS; | ) | |
| RICKY SHAWN BENNETT, *a/k/a Shawn*; | ) | |
| DAVID COLE NUNNELLY, *a/k/a Cole*; | ) | |
| JOYCE BELLE CLARKE; | ) | |
| JAMES E. APPLEWHITE, JR., *a/k/a Jamie*; | ) | |
| JEREMY LEWIS EARL, *a/k/a Stealth*; | ) | |
| WESLEY MEEKS, JR., *a/k/a Wes*; | ) | |
| TYLER DENTON; | ) | |
| JIMMY RAY CANNON; | ) | |
| TOMMY PHILLIPS; | ) | |
| JUSTON FIELDS, *a/k/a Jeff*; | ) | |
| SHANNON LENAHAN, *a/k/a Scott*; and | ) | |

#1 / #2

ASHEA ROLLER, a/k/a Ashea Glover   )

## MOTION TO SEAL INDICTMENT

Pursuant to Rule 6(e)(4), Federal Rules of Criminal Procedure, in order to prevent flight from prosecution and to protect the safety of the law enforcement officers effectuating the arrest warrants in this case, the United States respectfully requests that the above-styled indictment be sealed until the defendants are in custody or have been released pending trial.

CODY HILAND
UNITED STATES ATTORNEY

By: MICHAEL GORDON
TX Bar # 00795383
Assistant U.S. Attorney
P. O. Box 1229
Little Rock, AR 72203
501-340-2600
michael.gordon@usdoj.gov

## ORDER

Pursuant to the above request, the indictment in this matter shall be sealed until the defendants are in custody or have been released pending trial.

11/2/17
DATE

UNITED STATES MAGISTRATE JUDGE