IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                                                              PLAINTIFF

v.                                          NO. 4:17CR00313 JLH

JUAN HUMBERTO LUNA,
MARK CHRISTOPHER GILLESPIE,
JUSTIN MICHAEL TARINELLI,
MORGAN STEPHEN POOLE,
TAMARA MULLIGAN, TINA MARIE
BASS, CLAUDIA BISHOP,
JUAN MANUEL SANCHEZ-RICARDO,
RICKY SHAWN BENNETT,
DAVID COLE NUNNELLY,
JAMES E. APPLEWHITE, JR.,
JEREMY LEWIS EARL, WESLEY MEEKS, JR.,
TYLER DENTON, JIMMIE RAY CANNON,
TOMMY PHILLIPS, JUSTON FIELDS,
and SHANNON LENAHAN                                                                                                   DEFENDANTS

**ORDER**

Defendants Ricky Shawn Bennett, David Cole Nunnelly, and Juston Fields previously filed motions for continuance of their respective trial dates in this matter. Documents #194, #195, and #200. The Court previously entered an order directing that any response in opposition to the motions for continuance be filed by January 11, 2018, and that it would not be necessary for any defendant who supports the motions for continuance of the trial date to respond. The Court further stated that it would assume that any defendant who did not respond joins in the motions for continuance and waives Speedy Trial requirements until the next scheduled trial date. No responses in opposition to the continuance motions were filed. However, defendant Shannon Lenahan subsequently filed a motion for continuance which will be addressed in this order, as well.

The Court has fully considered the motions and finds that the interests of justice served by granting the continuance outweighs the best interests of the public and defendants for a

speedy trial and the issues herein are such that to deny the motions would deny counsel for the defendants the reasonable time necessary for effective preparation for trial and to develop any and all proper defenses which might be averred in behalf of the defendants.

The Court finds that no severance has been granted in this case. The defendants are jointly indicted on similar evidence from the same event, therefore, their trial should be conducted on the same date.

IT IS THEREFORE ORDERED that the motions for continuance be, and they are hereby, GRANTED. Documents #194, #195, #200, and #202. Therefore, this matter is rescheduled for trial to a jury to commence at **9:15 a.m., on MONDAY, SEPTEMBER 17, 2018**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial and are directed to electronically submit jury instructions to the Court in Word format on or before **September 7, 2018**, to jlhchambers@ared.uscourts.gov.

Defense counsel should confer with the government and with one another to determine any *Bruton* problems (see *Bruton v. United States*, 391 U.S. 123 (1968)) no later than *sixty days* prior to the trial date.

IT IS FURTHER ORDERED that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A) as to defendants Bennett, Nunnelly, Fields, and Lenahan, and 18 U.S.C. § 3161(h)(6) as to all other defendants.

Dated this 12th day of January, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE