**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

| | |
|---|---|
| **United States of America** | **Plaintiff** |
| v.     Case No.: 4:17–cr–00313–JLH | |
| **Morgan Stephen Poole**<br>**(Other Custody)** | **Defendant** |

## NOTICE OF HEARING

 PLEASE take notice that a Sentencing has been set in this case for August 26, 2019, at 02:15 PM before Judge J. Leon Holmes in Little Rock Courtroom # 4D in the Richard Sheppard Arnold United States Courthouse located at 600 West Capitol Avenue, Little Rock, Arkansas.

 A writ must be prepared and submitted to the United States Marshal in order to transport defendant to the proceeding.

| | |
|---|---|
| **DATE:** April 24, 2019 | AT THE DIRECTION OF THE COURT<br>JAMES W. McCORMACK, CLERK |
| | By: _Cory D. Wilkins, Deputy Clerk_ |

Electronic copy provided to:

U.S. Marshals Service, Eastern District of Arkansas
U.S. Probation Office, Eastern District of Arkansas
Court Security Office, Eastern District of Arkansas