**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                       No. 4:17CR00313-12 JLH

MORGAN STEPHEN POOLE                                                                  DEFENDANT

**ORDER**

In every criminal case in which the defendant is convicted, whether the defendant has cooperated or not, immediately prior to the sentencing hearing the Court will convene a hearing to hear any statements that the parties wish to present, or any arguments that the parties wish to make, regarding the defendant's cooperation. That hearing will be conducted *in camera*, and the transcript of that hearing will be under seal. After the cooperation hearing is concluded, the sentencing hearing will be conducted separately. Cooperation will not be discussed during the sentencing hearing.

IT IS SO ORDERED this 24th day of April, 2019.

                                                                                        _____
                                                                                        J. LEON HOLMES
                                                                                        UNITED STATES DISTRICT JUDGE