# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA

VS.                                        NO.   4:17-CR-00313 - JLH

MORGAN STEPHEN POOLE

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE CUSTODIAL AUTHORITY at the Bowie County Correctional and
TO THE UNITED STATES MARSHAL FOR THE EASTERN DISTRICT OF ARKANSAS:

GREETINGS:

We command that you surrender the body of MORGAN STEPHEN POOLE detained in the Bowie County Correctional, 105 West Front Street, Texarkana, TX 75501 in your custody, under safe and secure conduct, to the custody of the United States Marshal for the Eastern District of Arkansas, and the said Marshal is directed to produce the body of the Defendant before this Court on August 26, 2019 at 2:15 pm, before the Honorable J. Leon Holmes, and after the proceedings have been concluded, that you return MORGAN STEPHEN POOLE to Bowie County Correctional under safe and secure conduct.

IN WITNESS WHEREOF, I have set my hand and the seal of said court, this 25 April 2019.

_____
UNITED STATES MAGISTRATE JUDGE